**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 9:15-CV-81470-KAM**

MONICA KAIMAKLIOTIS,

    Plaintiff,

v.

CHANEL, INC., a foreign corporation,

    Defendant.

**[PROPOSED] ORDER**

Having reviewed and considered the pleadings, papers, and arguments before the Court, and for good cause shown, the parties' Joint Motion To File Release and Settlement Agreement Under Seal is **GRANTED.** The parties may file Exhibit A to the their Joint Motion For Dismissal With Prejudice And Approval Of Release and Settlement Agreement under seal and the exhibit shall remain under seal permanently.

**DONE AND ORDERED**, on this ____ day of April , 2016.

_____
Hon. Kenneth A. Marra
United States District Judge