UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:15-81470-KAM

MONICA KAIMAKLIOTIS,

     Plaintiff,

vs.

CHANEL, INC.,

     Defendants

_____/

## ORDER

This matter is before the Court on the parties' Joint Motion for Dismissal With Prejudice and Approval of Release and Settlement Agreement (DE 14). On April 18, 2016, the Court held a hearing to determine whether the parties' settlement is a reasonable compromise of disputed issues pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). The Court finds that the parties' settlement is a reasonable compromise of disputed issues.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the parties' motion (DE 14) is **GRANTED**. The parties' settlement is **APPROVED** and the Court retains jurisdiction to enforce the terms of the settlement. This case is **DISMISSED WITH PREJUDICE**. The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 18th day of April, 2016.

_____
KENNETH A. MARRA
United States District Judge